CHARLES H. RENKEN, as Administrator, etc., of DOROTHY RENKEN, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ARNO REUTHE and ELEANOR ANNA REUTHE, an Infant, by ARNO REUTHE, Her Guardian ad Litem, Appellants, v. PANAMA COURT, INC., and BOND & MORTGAGE GUARANTEE CORP., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

JOSEPH S. ROBINSON, Respondent, v. MILDRED SCHROEDER ROBINSON, Appellant.— Motion to dismiss appeal from order granting a temporary injunction denied, without prejudice to the renewal thereof upon the determination by the Court of Appeals of the appeal from the order of the court affirming the order of the Special Term vacating the orders and judgment. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

RONNOC CONTRACTING Co., INC., and Others, Appellants, v. BANK OF HICKSVILLE, Respondent, Appellant, and SAM J. KELLNER and Others, Impleaded Defendants, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. In view of the decision on Motion No. 1010 [companion motion], decided herewith, the motion for reargument or for leave to appeal to the Court of Appeals is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ANNA ROSENTHAL, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

CAMELIA ROURANGE, as Administratrix, etc., of JULIO AUGUSTO ROURANGE, Deceased, Appellant, v. COLOMBIAN STEAMSHIP COMPANY, INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 906.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ELIZABETH ROY and ARTHUR ROY, Respondents, v. F. W. WOOLWORTH Co., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis and Johnston, JJ.; Carswell, J., not voting.

KATHERINE SADRAKULA, as Administratrix, etc., of NICHOLAS SADRAKULA, Deceased, Respondent, v. JAMES STEWART & Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

HARRY SENA, Appellant, v. ERWIN J. KASTEN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

KELLIE SMITH, Respondent, v. THOMAS O'CONNELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.